EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re,<br>Enmienda a la Regla 6.2.1(1) del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría | 2005 TSPR 121<br><br>165 DPR _____ |

Número del Caso: ER-2005-10


Fecha: 30 de agosto de 2005



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
JUNTA EXAMINADORA DE ASPIRANTES AL EJERCICIO
DE LA ABOGACÍA Y LA NOTARÍA

In re,

Enmienda a la Regla 6.2.1(l)
del Reglamento para la Admisión
de Aspirantes al Ejercicio de
la Abogacía y la Notaría

**RESOLUCIÓN**

San Juan, Puerto Rico a 30 de agosto de 2005.

Al amparo del poder inherente de este Tribunal para regular la admisión y el ejercicio de la práctica de la abogacía y la notaría, y conforme a lo dispuesto en la Regla 15.4 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría, del mes de junio de 1998, se enmienda la Regla 6.2.1(l) del citado reglamento, para que exprese lo siguiente:

**Regla 6.2.1** Salvo una dispensa autorizada por justa causa por la Junta, la solicitud deberá estar acompañada de:

**(l)** un sello de Rentas Internas de quince dólares ($15) el cual deberá ser entregado por todo aspirante que apruebe el examen de reválida general dentro de los diez (10) días siguientes a la fecha de la notificación de la calificación de aprobado. Este sello será fijado al diploma que se otorgará a cada aspirante que sea juramentado como abogado por el Tribunal. Dicho sello podrá ser reclamado por el aspirante si la Comisión de Reputación no certifica su buena reputación y, como consecuencia de ello, se ve imposibilitado de jurar como abogado ante el Tribunal Supremo.

Esta enmienda entrará en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.  Los Jueces Asociados señor Rebollo López y señor Fuster Berlingeri no intervinieron.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo